# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-1560V
(not to be published)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

DOROTHY FELIX,      *      March 29, 2018

    *

    *      Joint Stipulation of Dismissal;

               Petitioner,      *      Rule 21(a); No Judgment; Order

    *      Concluding Proceedings.

       v.      *

    *

SECRETARY OF HEALTH AND      *

HUMAN SERVICES,      *

    *

               Respondent.      *

    *

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS

On March 23, 2018, pursuant to Vaccine Rule 21(a)(1)(B), the parties filed a joint stipulation stating that above-captioned case should be dismissed.

Accordingly, pursuant to Vaccine Rule 21(a)(3), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

    **IT IS SO ORDERED.**

                          **s/ Katherine E. Oler**
                          Katherine E. Oler
                          Special Master